# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1.  OPTIONS INCORPORATED d/b/a Options Inc., a not for profit corporation,<br><br>            Plaintiff,<br><br>v.<br><br>1.  NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, a Foreign For Profit Insurance Corporation,<br><br>            Defendant. | )<br>)<br>)<br>)<br>)<br>)  Case No.17-CV-162-JHP<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SETTLEMENT

Comes Now the Plaintiff, Options Incorporated d/b/a Options Inc., by and through its counsel of record, Michael D. McGrew, who hereby gives notice to the court that the parties have reached a settlement of the above captioned matter.  At this time, the parties are in the process of exchanging settlement release documents and drafts.  The parties hereby request that any scheduled court appearances and deadlines be stricken.  The Plaintiff and Defendant anticipate that a final dismissal will be filed within thirty days.

Respectfully submitted this 9th day of November, 2017.

-2-

By: /s/Michael McGrew
Michael D. McGrew, OBA # 13167
McGrew, McGrew & Associates
400 N. Walker Ave., #115
Oklahoma City, OK 73102
Telephone: (405) 235-9909
Facsimile:   (405) 235-9929
E-Mail:    mcgrewslaw@yahoo.com
ATTORNEYS FOR PLAINTIFF

-3-

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 9, 2017, I electronically transmitted the attached document, Notice of Settlement to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Michael L. Carr, OBA #17805
Rebecca S. Woodward, OBA #8070
HOLDEN & CARR
15 East 5th Street, Suite 3900
Tulsa, Oklahoma 74103

**COUNSEL FOR DEFENDANT**

                                       s/Michael D. McGrew
                                       Michael D. McGrew