## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1. OPTIONS INCORPORATED d/b/a Options Inc., a not for profit corporation,<br><br>    Plaintiff,<br><br>v.<br><br>1. NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, a Foreign For Profit Insurance Corporation,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Case No.17-CV-162-JHP<br>)<br>)<br>)<br>)<br>)<br>) |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, Options Incorporated d/b/a Options Inc., and Defendant, National Union Fire Insurance Company of Pittsburgh, PA, hereby stipulate to the dismissal of the above entitled action with prejudice to the refiling thereof. Each side is to bear its own costs and fees.

            By s/ Michael D. McGrew
            Michael D. McGrew, OBA #013167
            M<small>C</small>G<small>REW</small>, M<small>C</small>G<small>REW</small> & A<small>SSOCIATES</small>
            400 N. Walker, Suite 115
            Oklahoma City, OK 73102
            Telephone: (405) 235-9909
            Facsimile: (405) 235-9929
            mcgrewslaw@yahoo.com
            **COUNSEL FOR PLAINTIFF**

*s/Rebecca S. Woodward*
Rebecca S. Woodward, OBA #8070
HOLDEN & CARR
15 East 5th Street, Suite 3900
Tulsa, Oklahoma 74103
Telephone: (918) 295-8888
Fax: (918) 295-8889
RebeccaWoodward@HoldenLitigation.com
**Attorneys for Defendant**